[No. 6230–1.   Division One.   March 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW WARD McDANIEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73259, Norman W. Quinn, J., entered December 20, 1977. *Dismissed* by unpublished opinion per Swanson, J., concurred in by Farris and Ringold, JJ.

[No. 6343–1.   Division One.   March 26, 1979.]

THE STATE OF WASHINGTON *on the Relation of* ROBERT W. ANDERSON, *Appellant,* v. WHATCOM COUNTY DISTRICT COURT, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 54532, Jack S. Kurtz, J., entered January 26, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Andersen and Ringold, JJ.

[No. 6433–1.   Division One.   March 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAY GILBERT BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 2636, Howard A. Patrick, J., entered January 5, 1978. *Affirmed in part* and *remanded* by unpublished opinion per Andersen, J., concurred in by James and Dore, JJ.

[No. 6689–1.   Division One.   March 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD G. KACHER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-1–00090–2, Paul D. Hansen, J., entered June 20, 1978. *Affirmed* by unpublished per curiam opinion.